# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-1013
_____

Cynthia Metivier

*Plaintiff - Appellant*

v.

David L. Bernhardt, Secretary of the United States Department of the Interior

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: September 14, 2020
Filed: September 17, 2020
[Unpublished]
_____

Before GRUENDER, WOLLMAN, and GRASZ, Circuit Judges.
_____

PER CURIAM.

In this employment discrimination action, Cynthia Metivier appeals the district court's[1] adverse grant of summary judgment. Initially, we conclude the district court

_____

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.

did not abuse its discretion by denying Metivier's request to strike certain evidence, *see Gannon Int'l, Ltd. v. Blocker*, 684 F.3d 785, 793 (8th Cir. 2012) (reviewing admission of evidence for consideration at summary judgment stage for abuse of discretion); or by disallowing two of Metivier's filings based on her failure to comply with local rules, *see Reasonover v. St. Louis Cty.*, 447 F.3d 569, 579 (8th Cir. 2006) (stating district courts have broad discretion in enforcing local rules). Having carefully reviewed the record and the arguments on appeal, we conclude the district court did not err in granting summary judgment. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (reviewing de novo grant of summary judgment). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

_____